UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHARIFULLAH, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-CV-1222 (EGS) |
| GEORGE W. BUSH, | ) |
| President of the United States, et al., | ) |
| Respondents. | ) |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of Respondents:

> P. MICHAEL TRUMAN
> Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Rm. 5121
> Washington, D.C. 20530
> Tel: (202) 305-8531
> Fax: (202) 616-8470
> Mike.Truman@usdoj.gov

Dated:	July 24, 2008

Respectfully submitted,

GREGORY KATSAS
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel


/s/ P. Michael Truman
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
P. MICHAEL TRUMAN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-3969
Fax: (202) 616-8470
Mike.Truman@usdoj.gov

Attorneys for Respondents

## **CERTIFICATE OF SERVICE**

I certify that on this 24th day of July 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Robert M. Elliot
>Attorney for Petitioner



>/s/ P. Michael Truman
>P. MICHAEL TRUMAN
>Trial Attorney
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., NW, Rm. 5121
>Washington, D.C. 20530
>Tel: (202) 305-8531
>Fax: (202) 616-8470
>Mike.Truman@usdoj.gov

>Attorney for Respondent