IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | Civil Action No. 08-CV-1085 (PLF) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) ) | |
| SHAWALI KHAN | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | Civil Action No. 08-CV-1101 (JDB) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) ) | |
| BASHIR GHALAAB | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | Civil Action No. 08-CV-1104 (CKK) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) ) | |
| AHMED MOHAMMED ABDULLAH AL HAKIMI | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | Civil Action No. 08-CV-1111 (EGS) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) ) | |

| | | |
|---|---|---|
| MOHAMMED SULAYMON BARRE | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 08-CV-1153 (HHK) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) ) | |
| OBAYDULLAH | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 08-CV-1173 (RJL) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) ) | |
| MOHAMMED ABD AL QADIR | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 08-CV-1185 (HHK) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) ) | |
| AHMED KHALFAN GHAILANI | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 08-CV-1190 (RJL) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) ) | |

| | |
|---|---|
| ABD AL-RAHIM HUSSAIN MOHAMMED AL-NASHIRI ) ) ) Petitioner, ) ) v. ) ) GEORGE W. BUSH, et al., ) Respondents. ) _____ ) | Civil Action No. 08-CV-1207 (RWR) |
| SHAKHRUKH HAMIDUVA ) ) Petitioner, ) ) v. ) ) GEORGE W. BUSH, et al., ) Respondents. ) _____ ) | Civil Action No. 08-CV-1221 (CKK) |
| SHARIFULLAH ) ) Petitioner, ) ) v. ) ) GEORGE W. BUSH, et al., ) Respondents. ) _____ ) | Civil Action No. 08-CV-1222 (EGS) |
| MAHBUB RAHMAN ) ) Petitioner, ) ) v. ) ) GEORGE W. BUSH, et al., ) Respondents. ) _____ ) | Civil Action No. 08-CV-1223 (JR) |

| | | |
|---|---|---|
| AWAL GUL | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1224 (RMC) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| FNU HAFIZULLAH | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1227 (ESH) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| SALEM AHMED HADI | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1228 (RMC) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| YAKUBI | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1229 (JDB) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| KAHLID SAAD MOHAMMED | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1230 (RMC) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| ABDULLAH ALHAMIRI | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1231 (CKK) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| MAHMMOUD OMAR MOHAMMED BIN ATEF | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1232 (JR) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| MANSOOR MUHAMMED ALI QATTAA | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1233 (ESH) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| ABDUL AL RAZZAQ MUHAMMAD SALIH | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | Civil Action No. 08-CV-1234 (RJL) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) ) | |
| AHMED YASLAM SAID KUMAN | ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 08-CV-1235 (JDB) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) ) | |
| MUTEEN ADEEN JAMAL ABD AL FUSAL ABD AL SATTAR, | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-CV-1236 (JDB) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| HAMOUD ABDULLAH HAMOUD HASSAN AL WADY | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 08-CV-1237 (RMC) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) ) | |

| | |
|---|---|
| SHAWKI AWAD BALZUHAIR          )<br>                                                              )<br>            Petitioner,                       )<br>                                                              )<br>        v.                                              )<br>                                                              )  Civil Action No. 08-CV-1238 (RWR)<br>GEORGE W. BUSH, et al.,             )<br>            Respondents.                 )<br>_____ )<br>GHAFFAR                                      )<br>                                                              )<br>            Petitioner,                       )<br>                                                              )<br>        v.                                              )<br>                                                              )  Civil Action No. 08-CV-1310 (RMU)<br>GEORGE W. BUSH, et al.,             )<br>            Respondents.                 )<br>_____ )<br>ZAYN AL ABIDIN MUHAMMAD  )<br>HUSAYN                                       )<br>                                                              )<br>            Petitioner,                       )<br>                                                              )<br>        v.                                              )<br>                                                              )  Civil Action No. 08-CV-1360 (RWR)<br>GEORGE W. BUSH, et al.,             )<br>            Respondents.                 )<br>_____ )<br>MOHAMMED ABDULMALIK      )<br>                                                              )<br>            Petitioner,                       )<br>                                                              )<br>        v.                                              )<br>                                                              )  Civil Action No. 08-CV-1440 (CKK)<br>                                                              )<br>GEORGE W. BUSH, et al.,             )<br>            Respondents.                 )<br>_____ )|

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of respondents in the above-captioned cases:

>TERRY M. HENRY
>U.S. Department of Justice
>Civil Division
>Federal Programs Branch
>Room 7212
>20 Massachusetts Ave., N.W.
>Washington, D.C. 20530
>(202) 514-4107

Dated: August 22, 2008                    Respectfully submitted,

>GREGORY G. KATSAS
>Assistant Attorney General
>
>JOHN C. O'QUINN
>Deputy Assistant Attorney General
>
>  /s/ *Terry M. Henry*
>JOSEPH H. HUNT (D.C. Bar No. 431134)
>VINCENT M. GARVEY (D.C. Bar No. 127191)
>TERRY M. HENRY
>ANDREW I. WARDEN
>Attorneys
>United States Department of Justice
>Civil Division, Federal Programs Branch
>P.O. Box 883
>Washington, DC  20044
>Tel:  (202) 514-4107
>
>Attorneys for Respondents