CLEARED FOR PUBLIC FILING

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARIFULLAH, *et al*, | ) |
| Petitioners/Plaintiffs, | ) |
| v. | ) Civil Action No. 08-CV-1222 (EGS) |
| GEORGE W. BUSH, *et al* | ) |
| Respondents/Defendants. | ) |

**PETITIONER'S STATUS REPORT**

Pursuant to the Court's Order, dated July 31, 2008 (Dkt. # 8), petitioner provides the following status report.

Petitioner agrees with ¶¶ A-C, and E-J of the Government's Status Report.

In addition, petitioner's counsel have hired an interpreter, submitted a request to visit petitioner during the week of October 13, 2008, and have made arrangements to do so. Petitioner's counsel Elliot and Goldsmith have obtained their security clearances; counsel Morgan is still awaiting the determination of his application for clearance, which is anticipated prior to counsel's visit to Guantánamo.

Respectfully submitted, September 2, 2008.

/S/Robert M. Elliot
Robert M. Elliot (D.C. Cir. Bar No. 51320)
J. Griffin Morgan (D.C. Cir. Bar No. 51744)
Elliot Pishko Morgan, P.A.
426 Old Salem Road
Winston-Salem, NC 27101
Tel: (336) 724-2828
Fax: (336) 714-4499

C. Frank Goldsmith, Jr.(D.C. Cir. Bar No. 51666)
Goldsmith Goldsmith & Dews, P.A.
P. O. Box 1107
Marion, NC 28752-1107
Tel: (828) 652-3000
Fax: (828) 652-9196

Attorneys for Petitioner


Shayana D. Kadidal
J. Wells Dixon
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway 7th Floor
New York NY 10012
Tel: (212) 614-6438