IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARIFULLAH, *et al.*, ) | |
| ) | |
| Petitioners ) | |
| ) | |
| v. ) | Civil Action No. 08-1222 (EGS) |
| ) | |
| GEORGE WALKER. BUSH, *et al.* ) | |
| ) | |
| Respondents. ) | |

**STATUS REPORT ERRATUM**

In the Status Report filed earlier today, Respondents informed the Court of a number of changes made by the Department of Defense in connection with counsel access to detainees at Guantanamo Bay. One of the reported changes read as follows: "Following the on-island review, counsel notes determined to be classified by the Privilege Team member can then be secure faxed to the habeas counsel work facility so that counsel can have immediate access to them upon their arrival at the facility." The undersigned have learned since the filing of the Status

Report that although this issue is being evaluated, such a change has not yet been implemented.

Dated September 2, 2008    Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

/s/ P. Michael Truman
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JUDRY L. SUBAR (D.C. Bar No. 347518)
ANDREW I. WARDEN
P. MICHAEL TRUMAN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Tel:  202.305-9909
Fax: 202.305-2685

Attorneys for Respondents