IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARIFULLAH,<br><br>　　　　　Petitioner,<br><br>v.<br><br>GEORGE BUSH, et al.,<br><br>　　　　　Respondents. | Civil Action No. 08-1222 (EGS) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Respondents:

>　SEAN W. O'DONNELL
>　U.S. Department of Justice
>　Civil Division
>　Federal Programs Branch
>　20 Massachusetts Ave., N.W.
>　Room 7338
>　Washington, D.C. 20530
>　Telephone: 202-305-4880
>　Email: sean.o'donnell@usdoj.gov

Dated: September 3, 2008　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　GREGORY G. KATSAS
　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　JOHN C. O'QUINN
　　　　　　　　　　　　　　　　Deputy Assistant Attorney General


　　　　　　　　　　　　　　　　  s/ Sean W. O'Donnell
　　　　　　　　　　　　　　　　JOSEPH H. HUNT (D.C. Bar No. 431134)
　　　　　　　　　　　　　　　　VINCENT M. GARVEY (D.C. Bar No. 127191)
　　　　　　　　　　　　　　　　JUDRY L. SUBAR
　　　　　　　　　　　　　　　　TERRY M. HENRY
　　　　　　　　　　　　　　　　ANDREW I. WARDEN

SEAN W. O'DONNELL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel: (202) 305-4880
Fax: (202) 616-8470

Attorneys for Respondents