IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARIFULLAH,

      Petitioner,

v.

GEORGE BUSH, et al.,

      Respondents.

Civil Action No. 08-1222 (EGS)

**REPLY MEMORANDUM IN SUPPORT OF RESPONDENTS' MOTION FOR EVIDENCE THAT PETITIONER DIRECTLY AUTHORIZED THIS ACTION**

    In response to Respondent's Motion for Evidence that Petitioner Directly Authorized This Action, Petitioner suggests, among other things, that this motion be held in abeyance until after the week of October 13, 2008.  (Pet'r's Resp. 6 n.3.)  Respondents do not object to holding this motion in abeyance until October 24, 2008.  If Petitioner's counsel has not obtained a direct authorization of representation by October 24, 2008, Respondents reserve the right to file a reply memorandum.  L. Civ. R. 7(d).

Dated:  September 3, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


   s/ Sean W. O'Donnell
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN

SEAN W. O'DONNELL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel: (202) 514-3755
Fax: (202) 616-8470

Attorneys for Respondents