IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARIFULLAH, | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | ) Civil Action No. 08-cv-1222 (EGS) |
| | ) |
| GEORGE W. BUSH, et al., | )<br>) |
| Respondents. | )<br>) |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of respondents:

> SCOTT D. LEVIN
> U.S. Department of Justice
> Civil Division
> Federal Programs Branch
> Room 8130
> 20 Massachusetts Ave., N.W.
> Washington, D.C. 20530
> 202-616-9193
> Email: scott.levin@usdoj.gov

Dated: September 4, 2008             Respectfully submitted,

> GREGORY G. KATSAS
> Assistant Attorney General
>
> JOHN C. O'QUINN
> Deputy Assistant Attorney General

       /s/ *Scott D. Levin*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
SCOTT D. LEVIN (D.C. Bar No. 494844)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 616-9193
Fax:  (202) 616-8470

Attorneys for Respondents